# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00583-CV

## In re Jennifer Durbin; Robert L. Gibbins, Jr.; Steve A. Gibbins; and Kyndal Wood

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

Relators have filed a petition for writ of mandamus and motion for emergency stay. *See* Tex. R. App. P. 52.1, 52.10. We grant the motion for emergency stay and temporarily stay all proceedings in the underlying case, pending further order of this Court. The Court orders the real party in interest, Pamela G. Reed, to file a response to the petition for writ of mandamus on or before September 12, 2016.

It is so ordered September 1, 2016.

Before Chief Justice Rose, Justices Goodwin and Bourland